**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION**

FILED
COURT
2012 AUG -7 AM 9:
CLERK C. Robinson
S. DIST. GA.

Rev. JULIUS S. BAKER, SR.,                    )
                                              )
            Plaintiff,                        )      CIVIL ACTION NO.: CV512-041
                                              )
      vs.                                     )
                                              )
MIKE BOATRIGHT, d/b/a Mike's                  )
Corner, LLC, and JULIE LORD,                  )
Employee/Agent,                               )
                                              )
            Defendants.                       )

## O R D E R

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's complaint is **DISMISSED** for failure to state a claim upon which relief can be granted and for lack of subject matter jurisdiction. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment.

**SO ORDERED**, this _6_ day of _____, 2012.

                              _____
                              LISA GODBEY WOOD, CHIEF JUDGE
                              UNITED STATES DISTRICT COURT
                              SOUTHERN DISTRICT OF GEORGIA